UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: TIMOTHY CHARLES MOORE | : | Case No. 13-11090REF |
| and REBECCA JO MOORE, | : | Chapter 13 |
| Debtors | : | |

| | | |
|---|---|---|
| In re: RICHARD T. MOORE | : | Case No. 14-11692 |
| and CAROL J. MOORE, | : | Chapter 13 |

# **ORDER**

AND NOW, this 31 day of March, 2015, upon my consideration of First Niagara Bank, N.A's ("First Niagara") Motion for Distribution of the Proceeds From the Sale of Debtors' [sic] Real Estate and Embassy Bank for the Lehigh Valley's ("Embassy Bank") Cross-Motion for Distribution, and my consideration of the briefs filed by the parties and the evidence presented in the hearing on this matter, and for the reasons set forth in the accompanying Memorandum Opinion dated and filed today,

IT IS HEREBY ORDERED that First Niagara's Motion for Distribution of the Proceeds from the Sale of Debtors' [sic] Real Estate is GRANTED.

IT IS FURTHER ORDERED that Embassy Bank's Cross-Motion for Distribution is DENIED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

18